Michael D. Harris, Cal. Bar No. 59,470
mharris@socalip.com
Mark A. Goldstein, Cal. Bar No. 175,318
mgoldstein@socalip.com
M. Kala Sarvaiya, Cal. Bar No. 238,453
ksarvaiya@socalip.com
SoCal IP Law Group LLP
310 North Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355

```
┌─────────────────────────────────┐
│               FILED             │
│   CLERK, U.S. DISTRICT COURT    │
│                                 │
│         NOV 1 6 2010            │
│                                 │
│  CENTRAL DISTRICT OF CALIFORNIA │
│  BY              DEPUTY         │
└─────────────────────────────────┘
```

## UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA–WESTERN DIVISION

CV10-8744 MMM (AGRx)

| | |
|---|---|
| Cloudworks, a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>Appirio Inc., a Delaware corporation,<br><br>    Defendant. | Complaint for Damages and Equitable Relief for (1) Infringement of a Federally Registered Trademark; for Violation of 15 U.S.C. § 1125(a); and for Unfair Competition under California Common Law<br><br>Jury Trial Demanded |

BY FAX

Plaintiff Cloudworks for its complaint against Defendant Appirio, Inc., alleges as follows:

### FIRST CLAIM FOR RELIEF

### INFRINGEMENT OF REGISTERED TRADEMARK (15 U.S.C. § 1114)

**A.    Subject Matter Jurisdiction**

1.   This claim for relief arises under the Lanham Trademark Act, 15 U.S.C. §§ 1051-1127.

2.   This court has subject matter jurisdiction over this claim for relief under 28 U.S.C. § 1338, 15 U.S.C. § 1121(a) and other federal statutes.

**B.    The Parties, Personal Jurisdiction and Venue**

3.   Plaintiff Cloudworks is a California corporation with its principal place of business at 100 E. Thousand Oaks Blvd., Ste. 231, Thousand Oaks, CA 91360, in this district.

Complaint                                            1

4.   On information and belief, defendant Appirio, Inc. (Appirio) is a Delaware corporation with a principal place of business at 900 Concar Drive, San Mateo CA 94402. On information and belief, Appirio does business in this district, and its agent for service of process is CT Corporation System, 818 W. 7th St., Los Angeles, CA 90017, in this district.

5.   This court has personal jurisdiction over Appirio because it does business in California and in this district. On information and belief, at least some of the infringing acts that are the subject of this complaint occurred in this state.

6.   Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b) and (c) because Appirio is a corporation and is subject to personal jurisdiction in California and this district.

**C.     Plaintiff's Trademark Rights**

7.   Plaintiff Cloudworks is Cloud Computing provider. It hosts third-party and custom computer software applications, services third-party computers, integrates various software applications for customers, maintains computers and software of third parties remotely and on site, provides software licensing and consults with third parties about computers, software and information technology (IT) applications (collectively, "the Services").

8.   Cloudworks has performed the Services, first in California no later than August 7, 2007, and then in interstate commerce no later than August 7, 2007, under the trademark CLOUDWORKS®.

9.   Over the past several years, Cloudworks has built a strong reputation for the Services it provides under the CLOUDWORKS® trademarks. In addition, Cloudworks has devoted substantial resources to promoting the goodwill of its CLOUDWORKS® trademark. As a result, Cloudworks has developed strong brand recognition in its CLOUDWORKS® Services, and consumers associate the CLOUDWORKS® brand with Cloudworks' Services.

Complaint                                     2

10. Since no later than August 7, 2007, Cloudworks has used the CLOUD-WORKS® mark continuously in interstate commerce for the services.

11. Cloudworks owns United States Trademark Registration No. 3,544,589 in International Class 42 for the mark CLOUDWORKS® for the Services as defined in the registration (Exhibit 1).

12. Cloudworks has spent substantial amounts of money in advertising the CLOUDWORKS® mark in the market for the Services, and the mark CLOUDWORKS® has become distinctive for Cloudworks' Services.

13. Cloudworks owns considerable goodwill in the CLOUDWORKS® mark for the Services.

**D.   Appirio's Infringement**

14. Appirio performs services similar to those Cloudworks performs under the CLOUDWORKS® mark. Appirio provides Cloud Computing services using custom and third party's computers and software and performs the functions of an IT department for customers. It also integrates software applications for clients

15. Appirio has been using "Cloudworks" as its trademark for its services. In particular, Appirio uses the "Cloudworks" name on its website in promoting and offering its services. At all pages of the appiro.com web site, visitors are presented with the name "cloudworks" in a menu that is displayed when hovering over the "products" heading. When a visitor to the appiro.com web site clicks on the name "cloudworks" in the "products" menu, a "cloudworks" web page at http://www.appirio.com/products/CloudWorks.php displays. Defendant's web page at http://www.appirio.com/products/CloudWorks.php offers computer software consultancy and information technology consultation services under the name "cloudworks." In addition, according to the content of the web page, Appirio is hosting the computer software applications of others and is providing remote management of computer applications for others under the "cloudworks" name.

Complaint                                3

16. Plaintiff and defendant attend some of the same trade shows and present to the same prospects and customers.

17. Appirio's use of the mark "Cloudworks" for its services infringes plaintiff Cloudworks' registered trademark rights and likely will cause confusion among consumers and companies using the parties' services that plaintiff Cloudworks sponsors, authorizes or provides Appirio's "Cloudworks" services.

18. Cloudworks and Appirio have corresponded with each other following Cloudworks demand that Appirio cease all uses of "Cloudworks." Appirio refused.

19. As a proximate and foreseeable result of Appirio's infringement, Cloudworks has been damaged in an amount that is presently unknown.

20. Through Appirio's acts alleged in this complaint, Cloudworks is suffering and will continue to suffer irreparable harm for which Cloudworks has no adequate remedy at law. Unless the court restrains Appirio from continuing these wrongful acts, the damage to Cloudworks will increase.

## SECOND CLAIM FOR RELIEF

### VIOLATION OF LANHAM TRADEMARK ACT § 43(a) (15 U.S.C. § 1125(a))

21. This claim for relief arises under the Lanham Trademark Act, 15 U.S.C. §§ 1051-1127.

22. Cloudworks alleges and incorporates by reference the allegations contained in paragraphs 1 through 20 above.

23. Appirio's conduct constitutes unfair competition, false description, and false designation of origin in violation of the § 43(a) of the Trademark Act, 15 U.S.C. § 1125(a).

24. Appirio's conduct alleged in this complaint is likely to cause confusion, deception, or mistake among purchasers and potential purchasers the Services in the United States and in California.

25. Appirio's use of the mark "Cloudworks violates 15 U.S.C. § 1125.

Complaint                                          4

26. As a proximate and foreseeable result of Appirio's violations of the Lanham Trademark Act, Cloudworks has been damaged in an amount that is presently unknown.

27. Through Appirio's acts alleged in this complaint, Cloudworks is suffering and will continue to suffer irreparable harm for which Cloudworks has no adequate remedy at law. Unless the court restrains Appirio from continuing these wrongful acts, the damage to Cloudworks will increase.

### THIRD CLAIM FOR RELIEF

### CALIFORNIA COMMON LAW UNFAIR COMPETITION

28. This court has subject matter jurisdiction under 28 U.S.C. § 1338(b) in that this is a claim for relief of unfair competition that is joined with a substantial and related claim under the federal trademark laws.

29. Cloudworks alleges and incorporates by reference the allegations contained in paragraphs 1 through 27 above.

30. Appirio's use of the mark "Cloudworks" is an act of unfair competition under California common law in that, Appirio's conduct alleged in this complaint is likely to cause confusion, deception, or mistake among purchasers and potential purchasers of the Services in the United States and in California.

31. As a proximate and foreseeable result of Appirio's violations of the California common law, Cloudworks has been damaged in an amount that is presently unknown.

32. Through Appirio's acts alleged in this complaint, Cloudworks is suffering and will continue to suffer irreparable harm for which Cloudworks has no adequate remedy at law. Unless the court restrains Appirio from continuing these wrongful acts, the damage to Cloudworks will increase.

### DEMAND FOR JUDGMENT

WHEREFORE, plaintiff Cloudworks requests that this court issue judgment as follows:

33. Finding that Appirio's use of the mark "Cloudworks" with regard to its services is likely to cause confusion, deception and mistake as to the source of the services with Cloudworks use of its CLOUDWORKS® mark and, consequently, has infringed Cloudworks' registered trademark.

34. Preliminarily and permanently enjoining Appirio, its officers, agents, servants, employees, and attorneys, assigns and all persons in active concert with or participation with it from:

    a.   Using the CLOUDWORKS® registered mark and all other trademarks owned by Cloudworks recognized at common law

    b.   Using any other word, phrase or other designation that is confusingly similar to Cloudworks' CLOUDWORKS® trademarks alone or in combination with other words, as a trademark, trade name, service mark, component or otherwise, to advertise or identify Appirio's or services;

    c.   Otherwise infringing Cloudworks' mark;

    d.   Unfairly competing with Cloudworks in any manner whatsoever; or

    e.   Causing a likelihood of confusion to Cloudworks and its marks, symbols, labels, or forms of advertising or promotion.

35. Awarding Cloudworks damages in an amount to be proved.

36. Awarding Cloudworks enhanced damages (up to treble damages) for Appirio's Lanham Trademark Act violations.

37. Awarding Cloudworks exemplary damages for Appirio's California common law violations.

38. Requiring Appirio to deliver up to Cloudworks' attorneys for destruction all products, literature, advertisements and other material bearing the infringing "Cloudworks" marks.

39. Requiring Appirio, within 30 days after the service of any judgment, to file with this court and serve upon Cloudworks' attorneys, a written report under oath setting forth in detail the manner in which they have complied with the judgment;

40. Ordering an accounting requiring Appirio to pay to Cloudworks the amount of profits Appirio received as compensation for their infringement of Cloudworks' trademarks, from Appirio's initial use of "Cloudworks" until the date of judgment.

41. Holding this case to be exceptional and awarding Cloudworks its reasonable attorney fees pursuant to 15 U.S.C. § 1117.

42. Entering any other relief that the court deems proper.

November 12, 2010

Michael D. Harris
SoCal IP Law Group LLP

Attorneys for Plaintiff Cloudworks

Plaintiff demands a jury trial on all issues that can be tried to a jury.

November 12, 2010

Michael D. Harris
SoCal IP Law Group LLP

Attorneys for Plaintiff Cloudworks

Exhibit 1



### United States Patent and Trademark Office

Home  Site Index  Search  FAQ  Glossary  Guides  Contacts  eBusiness  eBiz alerts  News  Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Nov 12 04:05:47 EST 2010*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# CLOUDWORKS

| | |
|---|---|
| **Word Mark** | CLOUDWORKS |
| **Goods and Services** | IC 042. US 100 101. G & S: Application service provider (ASP), namely, hosting computer software applications of others; Computer service, namely, acting as an application service provider in the field of knowledge management to host computer application software for the collection, editing, organizing, modifying, book marking, transmission, storage and sharing of data and information; Computer services, namely, remote and on-site management of electronic messaging systems and applications for others; Computer services, namely, remote management of computer applications for others; Rental of application software; Computer consultation; Computer consultation in the field of computer security; Computer software consultancy; Computer software consultation; Consultation services in the fields of selection, implementation and use of computer hardware and software systems for others; Consulting services in the field of design, selection, implementation and use of computer hardware and software systems for others; Information technology consultation. FIRST USE: 20070807. FIRST USE IN COMMERCE: 20080807 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77267653 |
| **Filing Date** | August 29, 2007 |

Exhibit 1
Page 1

| | |
|---|---|
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | January 22, 2008 |
| **Registration Number** | **3544589** |
| **International Registration Number** | 1046189 |
| **Registration Date** | December 9, 2008 |
| **Owner** | (REGISTRANT) CLOUDWORKS CORPORATION CALIFORNIA 100 E. THOUSAND OAKS BLVD., STE. 231 THOUSAND OAKS CALIFORNIA 91360 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Steven C. Sereboff |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Exhibit 1
Page 2