JS-6

1

2

3

4

5

6

7

8           **UNITED STATES DISTRICT COURT**

9    **CENTRAL DISTRICT OF CALIFORNIA–WESTERN DIVISION**

10 Cloudworks,

      Plaintiff,

11           v.                2:10-cv-08744-MMM (AGRx)

12 Appirio Inc.,              Order re Dismissal with Prejudice

13       Defendant.

14      The parties having stipulated to dismissing this action in its entirety with prej-

15 udice pursuant to Fed. R. Civ. P. 41(a)(2), **it is ordered:**

16      This action is dismissed with prejudice. Each party will bear its own costs and

17 attorney fees.

18

19 Date:  September 20, 2011

20                        United States District Judge

21

22

23

24

25

26

27

28

---

Order re Dismissal with Prejudice    1          Cloudworks v. Appirio Inc.
                                                     2:10-cv-08744-MMM (AGRx)